IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

NOV - 3 2003

Michael N. Milby, Clerk of Court

| | |
|---|---|
| MARIA ACEVEDO, ET AL. § | |
| § | |
| Plaintiffs, § | |
| § | |
| V. § | CIVIL ACTION NO. H-03-3123 |
| § | |
| BAYER A.G.; BAYER CORPORATION; § | (Pending Transfer to In re: Baycol |
| SMITHKLINE BEECHAM CORPORATION § | Products Litigation, MDL No. 1431 |
| d/b/a GLAXOSMITHKLINE; and § | (D. Minn.)) |
| GLAXOSMITHKLINE PLC, § | |
| § | |
| Defendants. § | |

## ORDER ON MOTION TO STAY

The Court has considered Defendant Bayer Corporation's Unopposed Motion for Stay Pending Transfer to Multidistrict Proceeding and has decided to grant the Motion.

IT IS THEREFORE ORDERED that the above-referenced matter is hereby stayed until further notice from the Court.

SIGNED ON _November 3_____, 2003.

_____
JUDGE PRESIDING

30581303.1