IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA ACEVEDO, ET AL. | § | |
| Plaintiffs, | § | |
| V. | § | CIVIL ACTION NO. H-03-3123 |
| BAYER A.G.; BAYER CORPORATION; SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE; and GLAXOSMITHKLINE PLC, | § | (Pending Transfer to In re: Baycol Products Litigation, MDL No. 1431 (D. Minn.)) |
| Defendants. | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY ORDERED, pursuant to the Stipulation of Dismissal Without Prejudice, that Plaintiffs' claims in the above-referenced matter are hereby dismissed without prejudice, each party to bear its own costs, fees, and expenses.

SIGNED ON _December 8_, 2003.

_____
UNITED STATES DISTRICT JUDGE